IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| ANDREW WILLIAM MULKERIN, | : | |
| | : | CASE NO. 1:25-bk-01575-HWV |
| Debtor. | : | |

## ORDER

Upon consideration of the Motion to Admit Video Evidence filed by the Debtor, Doc. 43, and it appearing that this Motion is not ripe for this Court's review as there is no active case or controversy that would justify the admission of evidence, it is

**ORDERED** that the Motion is **DENIED**.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 7, 2025