UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:

ANDREW WILLIAM MULKERIN, Debtor.

Chapter 13 (pending conversion)
Case No. 1:25-bk-01575-HWV

FILED
**September 8, 2025**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

NOTICE OF PENDING CONVERSION AND REQUEST TO STRIKE CONFIRMATION HEARING

Debtor, Andrew W. Mulkerin, respectfully states as follows:

1. On September 2, 2025, Debtor filed a Motion to Convert Case to Chapter 11, Subchapter V (Dkt. No. 158). That motion remains pending before this Court.

2. A confirmation hearing on Debtor's Chapter 13 Plan is currently scheduled for September 24, 2025. In light of the pending motion to convert, proceeding with a Chapter 13 confirmation hearing would be premature and would serve no useful purpose.

WHEREFORE, Debtor respectfully requests that the Court strike or continue the Chapter 13 confirmation hearing presently scheduled for September 24, 2025, and for such other relief as the Court deems just and proper.

Dated: September 8, 2025

Respectfully submitted,

/s/ Andrew William Mulkerin

Andrew William Mulkerin, Debtor Pro Se

1740 Adeline Drive

Mechanicsburg, PA 17050

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:

ANDREW W. MULKERIN,

   Debtor.

Chapter 13 (pending conversion to 11)

Case No. 1:25-bk-01575-HWV

**CERTIFICATE OF SERVICE**

I, Andrew W. Mulkerin, certify that on September 8, 2025, I caused a true and correct copy of the Notice of Pending Conversion and Request to Strike Confirmation Hearing and the accompanying Proposed Order to be served upon the following parties in interest:

- Jack N. Zaharopoulos, Chapter 13 Trustee

  Standing Chapter 13 Trustee

  8125 Adams Drive, Suite A

  Hummelstown, PA 17036

- United States Trustee

  Office of the United States Trustee

  228 Walnut Street, Suite 1190

  Harrisburg, PA 17101

- All creditors and parties in interest entitled to notice through the Court's CM/ECF electronic filing system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 8, 2025

Respectfully submitted,

/s/ Andrew W. Mulkerin

Andrew W. Mulkerin, Debtor Pro Se

1740 Adeline Drive

Mechanicsburg, PA 17050

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:

ANDREW W. MULKERIN, Debtor.

Chapter 13 (pending conversion to 11)
Case No. 1:25-bk-01575-HWV

## ORDER

Upon consideration of the Debtor's Notice of Pending Conversion and Request to Strike Confirmation Hearing, and for good cause shown, it is hereby ORDERED that the Chapter 13 Plan Confirmation Hearing scheduled for September 10, 2025 is STRICKEN as premature in light of the Debtor's pending motion to convert this case to Chapter 11, Subchapter V.

IT IS SO ORDERED.