UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

FILED
September 12, 2025
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

In re:
Andrew William Mulkerin, Debtor
Chapter 13
Case No. 1:25-bk-01575-HWV

OBJECTION TO CLAIM NO. 15 FILED BY PENNSYLVANIA DEPARTMENT OF REVENUE

(Duplicate of Claim No. 1)

Debtor, Andrew William Mulkerin ("Debtor"), respectfully objects to Claim No. 15 filed by the Pennsylvania Department of Revenue ("PADOR") as duplicative of Claim No. 1 and states as follows:

1. Claim No. 1 was filed by PADOR on June 3, 2025, in the amount of $81,141.23, classified as secured.

2. Claim No. 15 was filed on August 14, 2025, by the same creditor, in the same amount and with the same classification.

3. On August 18, 2025, the Clerk of Court issued a Notice of Deficiency for Claim 15, noting that the claim form was unsigned and directing the creditor to amend or correct the submission by August 25, 2025.

4. As of the date of this objection, no amended claim has been filed, and Claim 15 remains substantively identical to Claim 1.

5. This objection is directed solely to Claim No. 15. Debtor reserves all rights as to Claim No. 1, including the right to object or seek clarification in the future if warranted. This filing is made only to prevent administrative duplication and potential double payment.

WHEREFORE, Debtor respectfully requests that the Court:

A. Disallow Claim No. 15 as duplicative of Claim No. 1;
B. Confirm that no independent recovery may be pursued on Claim No. 15;
C. Reserve all rights with respect to Claim No. 1; and
D. Grant such other and further relief as may be just and proper.

1

Respectfully submitted,
/s/ Andrew William Mulkerin
Andrew William Mulkerin, Debtor, Pro Se
1740 Adeline Drive
Mechanicsburg, PA 17050
Dated: September 12, 2025

---

CERTIFICATE OF SERVICE

I certify that on September 12, 2025, I submitted this Objection to Claim No. 15, the Notice of Objection, and the Proposed Order to the Court for filing via the Electronic Document Submission System (EDSS). Upon docketing, the Court will serve registered CM/ECF users.

In addition, I served a copy of the Objection, Notice, and Proposed Order on the following by first-class mail and email:

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946
Email: ra-bankrupt@pa.gov

/s/ Andrew William Mulkerin
Dated: September 12, 2025

# NOTICE OF OBJECTION TO CLAIM

Claimant: Pennsylvania Department of Revenue (Claim No. 15)
Amount: $81,141.23
Movant: Andrew William Mulkerin, Debtor, Pro Se

---

You are hereby notified that the Debtor has filed an objection to the above-referenced proof of claim. If you oppose the relief requested, you must file a written response on or before October 10, 2025, and serve it on the Debtor at the address listed below. If no timely response is filed, the Court may grant the objection without further notice or hearing.

Hearing Date/Time: To be scheduled by the Court
Location:
Sylvia H. Rambo U.S. Courthouse, Courtroom 4B
1501 N. 6th Street, Harrisburg, PA 17102

Debtor's Service Address:
Andrew William Mulkerin
1740 Adeline Drive
Mechanicsburg, PA 17050

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:
Andrew William Mulkerin, Debtor
Chapter 13
Case No. 1:25-bk-01575-HWV

ORDER DISALLOWING CLAIM NO. 15 AS DUPLICATE OF CLAIM NO. 1

Upon consideration of the Debtor's Objection to Claim No. 15 filed by the Pennsylvania Department of Revenue, and good cause appearing, it is hereby:

ORDERED:

1. Claim No. 15 filed by the Pennsylvania Department of Revenue is disallowed as duplicative of Claim No. 1;

2. This Order is entered without prejudice to any party's rights with respect to Claim No. 1, including the right to object or seek further relief;

3. The Clerk shall update the claims register to reflect that Claim No. 15 is disallowed.

IT IS SO ORDERED.

BY THE COURT: