FILED
**September 12, 2025**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Andrew William Mulkerin, Debtor

Chapter 13 (Conversion to Chapter 11, Subchapter V Pending)

Case No. 1:25-bk-01575-HWV

LIMITED OBJECTION AND RESERVATION OF RIGHTS TO CLAIM NO. 14

Debtor, appearing pro se, respectfully objects to Proof of Claim No. 14 filed by Orrstown Bank ("Orrstown") on August 11, 2025, in the amount of $315,855.40 with prepetition arrears of $58,657.43.

I. Background

1. On or about September 7, 2021, Debtor and his spouse executed a Credit Agreement and Open-End Mortgage in favor of Orrstown, secured by the residence at 1740 Adeline Drive, Mechanicsburg, PA.

2. Orrstown filed Proof of Claim No. 14-1 on August 11, 2025, supported by Official Form 410A, asserting total debt of $315,855.40 and prepetition arrears of $58,657.43.

3. The arrears itemization attached to the claim includes numerous fees and charges assessed into 2023 and 2024.

4. Although Debtor's current Chapter 13 Plan does not propose treatment of this claim, Claim 14 remains filed in this case and subject to objection.

II. Grounds for Objection

A. Arrears Composition Unclear

The arrears figure of $58,657.43 lacks a transparent breakdown of principal, interest, escrow, and fees. Multiple charges appear to have been assessed during 2023–2024, a period overlapping with other bankruptcy proceedings where the automatic stay was in place. Debtor objects to inclusion of any fees or charges assessed postpetition or during periods protected by 11 U.S.C. § 362.

B. Claim Remains Subject to Objection Here

Orrstown has not withdrawn Claim 14. Unless and until this Court disallows the

1

claim or Orrstown files an amended claim reflecting satisfaction, the claim remains before this Court. Debtor objects to any implication that parallel proceedings elsewhere resolve or extinguish the claim in this case.

## C. Preservation of All Rights

Debtor expressly reserves all defenses, setoffs, and causes of action against Orrstown, its predecessors, or agents, including but not limited to equitable subordination under 11 U.S.C. § 510(c), claims for stay violations, and any lender-liability theories. Filing this limited objection is without prejudice to pursuit of additional claims or remedies in this or other forums.

## III. Relief Requested

Debtor respectfully requests that the Court:

1. Sustain this objection to the extent of requiring Orrstown to provide a detailed, dated itemization of its claimed arrears segregating principal, interest, escrow, and fees;

2. Exclude from arrears any amounts incurred postpetition or during stay periods;

3. Preserve Claim No. 14 as disputed unless and until finally adjudicated;

4. Reserve Debtor's right to amend or supplement this objection; and

5. Grant such other relief as may be just.

---

## CERTIFICATE OF SERVICE

I, Andrew William Mulkerin, certify that on September 12, 2025, I submitted the foregoing Limited Objection to Claim No. 14 (Orrstown Bank) and the accompanying Proposed Order to the Court for filing through the Electronic Document Submission System (EDSS). Upon docketing, the Clerk's Office will serve CM/ECF notice on all registered participants, including:

- Kimberly A. Bonner, Esq., JSDC Law Offices, counsel of record for Orrstown Bank

- Office of the United States Trustee, Region 3

2

- All other counsel of record who have entered appearances in this case

In addition, I served a copy by first-class U.S. Mail on:

- Jack N. Zaharopoulos, Chapter 13 Trustee
  8125 Adams Drive, Suite A
  Hummelstown, PA 17036

Respectfully submitted,
/s/ Andrew William Mulkerin
Debtor, Pro Se
1740 Adeline Drive
Mechanicsburg, PA 17050
andy.mulkerin.pro-se@outlook.com
Dated: September 12, 2025

3

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Andrew William Mulkerin, Debtor

Chapter 13 (Conversion to Chapter 11, Subchapter V Pending)

Case No. 1:25-bk-01575-HWV

ORDER REGARDING CLAIM NO. 14 (ORRSTOWN BANK)

Upon consideration of the Debtor's Limited Objection to Claim No. 14 filed by Orrstown Bank, and after due notice and opportunity to be heard, it is hereby:

ORDERED:

1. Orrstown Bank shall, within 30 days of entry of this Order, file and serve on the Debtor a detailed itemization of its asserted arrears ($58,657.43), identifying separately the components of principal, interest, escrow, and fees, with transaction dates.

2. Any amounts incurred or assessed postpetition or during the pendency of an automatic stay in any bankruptcy case shall be segregated and excluded from the arrears unless further authorized by this Court.

3. Claim No. 14 shall remain on the claims register as a disputed claim unless and until further order of the Court.

4. Debtor expressly reserves the right to amend or supplement his objection, and nothing in this Order shall be deemed a waiver of any claims, defenses, or causes of action by the Debtor against Orrstown Bank.

5. The Court retains jurisdiction to enforce or modify this Order as necessary.

IT IS SO ORDERED.

BY THE COURT:


Dated: _____, 2025

1

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:
Andrew William Mulkerin, Debtor
Chapter 13 (Conversion to Chapter 11, Subchapter V Pending)
Case No. 1:25-bk-01575-HWV

---

NOTICE OF OBJECTION TO CLAIM NO. 14

Claimant: Orrstown Bank (Claim No. 14)
Amount: $315,855.40 (Secured; Arrears $58,657.43)
Movant: Andrew William Mulkerin, Debtor, Pro Se

You are hereby notified that the Debtor has filed an objection to the above-referenced proof of claim. If you oppose the relief requested, you must file a written response on or before October 12, 2025, and serve it on the Debtor at the address listed below. If no timely response is filed, the Court may grant the objection without further notice or hearing.

Hearing Date/Time: To be scheduled by the Court.
Location: Sylvia H. Rambo U.S. Courthouse, Courtroom 4B
1501 N. 6th Street, Harrisburg, PA 17102

Debtor's Service Address:
Andrew William Mulkerin
1740 Adeline Drive
Mechanicsburg, PA 17050

Dated: September 12, 2025

/s/ Andrew William Mulkerin
Debtor, Pro Se

1