FILED
**September 12, 2025**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:
Andrew William Mulkerin, Debtor
Chapter 13 (Conversion to Chapter 11, Subchapter V Pending)
Case No. 1:25-bk-01575-HWV

---

Claimant: Pennsylvania Department of Revenue (Claim No. 15)
Amount: $81,141.23
Movant: Andrew W. Mulkerin, Debtor, Pro Se

You are hereby notified that the Debtor has filed an objection to the above-referenced proof of claim. If you oppose the relief requested, you must file a written response on or before October 12, 2025, and serve it on the Debtor at the address listed below. If no timely response is filed, the Court may grant the objection without further notice or hearing.

Hearing Date/Time: To be scheduled by the Court.
Location: Sylvia H. Rambo U.S. Courthouse, Courtroom 4B
1501 N. 6th Street, Harrisburg, PA 17102

Debtor's Service Address:
Andrew William Mulkerin
1740 Adeline Drive
Mechanicsburg, PA 17050

Dated: September 12, 2025

/s/ Andrew William Mulkerin
Debtor, Pro Se

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:
Andrew William Mulkerin, Debtor
Chapter 13 (Conversion to Chapter 11, Subchapter V Pending)
Case No. 1:25-bk-01575-HWV

CERTIFICATE OF SERVICE

I, Andrew William Mulkerin, certify that on September 12, 2025, I submitted the Amended Notice of Objection to Claim No. 15 (Pennsylvania Department of Revenue) to the Court for filing through the Electronic Document Submission System (EDSS). Upon docketing, the Clerk's Office will serve notice of this filing via CM/ECF to all registered participants, including the Office of the United States Trustee.

In addition, I served a courtesy copy by first-class U.S. Mail on:

- Jack N. Zaharopoulos, Chapter 13 Trustee
  8125 Adams Drive, Suite A
  Hummelstown, PA 17036

Respectfully submitted,
/s/ Andrew William Mulkerin
Debtor, Pro Se
1740 Adeline Drive
Mechanicsburg, PA 17050
andy.mulkerin.pro-se@outlook.com
Dated: September 12, 2025

1