IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| ANDREW WILLIAM MULKERIN, | : |
| | : CASE NO. 1:25-bk-01575-HWV |
| Debtor. | : |

## ORDER

Upon consideration of the Court's November 5, 2025 Order to Appear and Show Cause, Doc. 329, and the hearing held on January 7, 2026, during which the Debtor failed to satisfy the Show Cause Order, for the reasons stated on the record, it is

**ORDERED** that the above-captioned case is dismissed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 7, 2026